COMPLAINT UNDER 42 USC § 1983 CIVIL RIGHTS ACT - TDCJ-ID (Rev. 7/97)

ORIGINAL

# In the United States District Court
# for The Northern District of Texas
# Dallas Division

William E. McCoy #928910
Plaintiff
Sanders Estes Unit, Venus Texas

vs.

Cameron County Sheriffs, Dept. / Sheriff Omar Lucio
945 East Harrison St., Brownsville, Texas

Lt. Mary Garcia, Cameron County Jailer,
945 East Harrison St., Brownsville, Texas

Valley Hospital, Cameron County Valley Hospital

JAN 3 1 2002

CLERK, U.S. DISTRICT COURT
By _____ Deputy
CASE # _____

B-02-031
B-02CV0203-L

United States District Court
Southern District of Texas
FILED

FEB 2 0 2002

Michael N. Milby
Clerk of Court

**Plaintiff files his Civil Right Violation Suite for Discrimination / Personal Injury § 1983** Claim arises out of the same transaction.

**I.**

**PREVIOUS LAWSUITS:** Plaintiff has filed no lawsuits relating to his imprisonment.

**II.**

Place of present confinement:
Sanders Estes Unit
1100 Hwy. 1807, Venus, Texas -76084

**III.**

Exhaustion of grievance procedures:
Procedures: Procedure was not available to Plaintiff, although contacted jail official were they refused to address issue.

**IV.**

Parties to this suit:
William E. McCoy TDCJ-ID# 928910
1100 Hwy. 1807, Venus, Texas -76084

B. Full name of each Defendant, his official position, his place of employment, and his full mailing address:

**Defendant #1**

Cameron County Sheriff Department / Sheriff Omar Lucio
945 East Harrison St.
Brownsville, Texas 78520

1

**Brief description of action or omission of harm:**
The sheriff has a reasonable responsibility to protect prisoners while under his direct supervision to protect and to maintain the security, safety, not discriminate, and to report all criminal activity including assaultive behavior to the District Attorney to decide if any charges should be pressed.

## Defendant #2

Cameron County Jail Official / Lt. Mary Garcia
945 East Harrison St.
Brownsville, Texas 78520

**Brief description of action:**
Lt. Mary Garcia discriminated against the Plaintiff where the Cameron County Jail is (predominately Hispanic). Plaintiff requested on several occasions to press charges on one Alfredo Garcia Vallejo #067273, but for Lt. Mary Garcia, acts of indifference to Plaintiff's requests to press charges, she stated, "It's okay, don't worry, it's been taken care of". See Exhibit a., b. and c.

## Defendant #3

Valley Hospital _____ Cameron County, Brownsville Texas (address unknown)

**Brief description of common relation to this suit:**
Valley Hospital upon contract with Cameron County Jail, provides medical services to Jail prisoners and in that service failed their responsibility to diagnose Plaintiffs condition correctly. Stitches were placed in lower lip. Complained of Back injury and Plaintiff was given pain pills and told " You'll be okay". Plaintiff was then taken back to Jail until transferred to TDCJ-ID #928910 on July 13, 2000. on May 16, 2001 he had to undergo surgery for lower back, removal of disks and fusion of vertebras that were a result of the assault by said prisoner.

## Defendant #4

**Briefly describe Action:**

### V.

**Statement of Claim:**
On June 3, 2000, while still in the custody of Cameron County Jail, which is maintained and controlled by the Cameron County Sheriffs Department, under the direct responsibility of Sheriff Omar Lucio. I William E. McCoy #928910, was assaulted by a Hispanic inmate housed in DC-1, Cameron Jail, where I received lower back injuries and Cameron County Sheriffs Department failed in their responsibility in protecting and providing safety to William E. McCoy that was held in their custody and care. On June 3, 2000 10:00pm, Plaintiff was taken to the Valley Hospital, of Cameron County Jail, where he was treated for stitches to lower lip. Complaints of severe lower back pain, was given pain medication and was told "your okay". Then Plaintiff requested on three different occasions to Lt. Mary Garcia that I be allowed to press assault charges against Alfredo Garica Vallejo. Lt. Mary Garica informed Plaintiff " It had been taken care of, don't worry about it". Not true. I have letter from district Attorneys office. "In searching their files", (no charges filed) Contact Sheriffs Department: See Exhibit letters A.B.C. to the event herein.

The Defendants actions herein has discriminated against the Plaintiffs rights and has failed in their responsibility to protect while confined in their care and control. The Defendants herein has violated the law and rights of Plaintiff by discriminating against a non-Hispanic prisoner, based on race and gender.

2

WG

Plaintiff had to undergo lower back surgery on May 16, 2001 at U.T.M.B., TDCJ-ID #928910, John Sealy Hospital, Galvaston, Texas

## VI.
**Relief Requested:**
Plaintiff asks that each Defendant in their Official Capacity be ordered to pay Plaintiff 1.5 million dollars in damages, plus request lifetime medical for Plaintiff, plus 1,000,000.00 dollars in their Individaul Capacity, plus what ever else the Court deems proper.

## VII.
**A. Background Information:**
To the best of the defendants knowledge, has no aliases.

**B. List all Identification numbers**, ever been assigned:
#928910 T.D.C.J. - I.D.-Tx and ID# 05132007     State Oregon.

## VIII.
SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?
    Yes ___ , No ✗.

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give district and division):   None.

2. Case Number:   None.

3. Approximate date sanctions were imposed:   None.

4. Have the sanctions been lifted or otherwise satisfied?   Does not Apply.

C. Has the court ever warned or notified you that sanctions could be imposed?
    Yes ___ , No ✗.

D. If your answer is yes, give the following information for every lawsuit in which warning was imposed? (If more that one, use another piece of paper and answer the same questions)     Yes ___ , No ✗.

1. Court that imposed warning! None

2. Case number. None

3. Approximate date warning were imposed. None

Executed on: *January 10, 2002*                                    *William E. McCoy*
             Date                                                  (Signature of Plaintiff)

3

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an in forma pauperis lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.


Signed this __29th__ day of __January__, 20 __02__.
(Day)           (Month)            (Year)


__William E. McCoy__
(Signature of Plaintiff)


WARNING: The Plaintiff is hereby advised any false or deliberate misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and / or the dismissal of this action with prejudice.

## CERTIFICATE OF SERVICE

I, WILLIAM E. McCOY, 928910 - T.D.C.J. ID. hereby certify that a true and correct copy of the foregoing Civil Suit, has been sent by Pre-paid certify U.S. Mail' to Mrs. Nancy Hall Doherty UNTIED STATES DISTRICT CLERK AT: 14A20 Earie Cabell Federal Bldg. 1100 Commerce St, Dallas Texas, 75242-1003. In and for the Northern Division of Dallas, Texas 75242-1003.

Excuted on this 29 Day of Jan, 2002.

*[signature: William E. McCoy]*

SUBSCRIBED AND SWORN BEFORE ME ON THIS 29 DAY OF JAN, 2002 to Certify, which is my Official HAND and OFFICIAL SEAL.

My Commision Expires'
April 23rd, 2005

*[notary seal: KATHERINE J. MCCOY, NOTARY PUBLIC STATE OF TEXAS, COMMISSION EXPIRES: APRIL 23, 2005]*

*[signature: Katherine J. McCoy]*
NOTARY PUBLICE IN AND FOR
STATE OF TEXAS
COUNTY OF JOHNSON