ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF TEXAS
_Dallas_ DIVISION

**Plaintiff's name and ID Number**: William Edward McCoy #928910

**Place of Confinement**: CCA-Sanders Estes Unit

v. Cameron County Sheriff Dept./Sheriff
Lt. Mary Garcia
Valley Hospital

**Defendant's name and address**: 945 E. Harrison St.
Brownsville, Texas 78520

JAN 3 1 2002
CLERK, U.S. DISTRICT COURT
By _____ Deputy

CASE NO. _____
(Clerk will assign the number)

United States District Court
Southern District of Texas
FILED
FEB 2 0 2002
Michael N. Milby
Clerk of Court

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

B-02-031

3-02CV0203-L

I, _William E. McCoy_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. **Have** you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment        Yes☐ No☒
   b. Rent payments, interest or dividends?               Yes☐ No☒
   c. Pensions, annuities or life insurance payments?     Yes☐ No☒
   d. Gifts or inheritances?                              Yes☐ No☒
   e. Family or friends?                                  Yes☐ No☒
   f. Any other sources?                                  Yes☐ No☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☒     No☐
   If you answered YES, state the total value of the items owned.

   $701.00 T.D.C.J.-ID 928910 Inmate Trust Fund.
   Savings Account Bank - $19,400.00 C.N.B. Macomb, Ill.

1 of 2

3.  Do you own any real estate, stocks, bonds, notes, automobile, or other valuable property, excluding ordinary household furnishings and clothing?

    Yes ☐         No ☒

If you answered YES, describe the property and state its approximate value.

_____
_____

I understand a false statement in answer to any question in this affidavit will subject me to **penalties for perjury**. I declare (certify, verify, or state) under penalty of perjury that the foregoing is **true and correct** (28 U.S.C. §1746).

Signed this the ___29th___ day of ___JANUARY___, 19 _2002_

___William E. McCoy___  T.D.C.J.-ID #928910
Signature of Plaintiff              ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE              01/29/02
VS04/KMC5865                   IN-FORMA-PAUPERIS DATA                     11:29:21
TDCJ#: 00928910 SID#: 05391505 LOCATION: SANDERS ESTES    INDIGENT DTE: 00/00/00
NAME: MCCOY,WILLIAM EDWARD              BEGINNING PERIOD: 07/01/01
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         699.12 TOT HOLD AMT:           0.00 3MTH TOT DEP:       602.00
6MTH DEP:          1,152.00 6MTH AVG BAL:         515.90 6MTH AVG DEP:       192.00
MONTH HIGHEST BALANCE TOTAL  DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/01       685.91          400.00        09/01       554.99          150.00
11/01       660.75            0.00        08/01       684.02          400.00
10/01       735.73          202.00        07/01       568.40            0.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Johnson_
ON THIS THE _29th_ DAY OF _JANUARY, 02_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _Katherine J. McCoy_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMB



KATHERINE J. MCCOY
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
APRIL 23, 2005