ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 5 2002

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| WILLIAM E. McCOY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-02-CV-0203-L |
| | § | |
| CAMERON COUNTY SHERIFF'S | § | |
| DEPARTMENT, ET AL. | § | |
| | § | |
| Defendants. | § | |

B-02-031

United States District Court
Southern District of Texas
FILED

FEB 2 0 2002

Michael N. Milby
Clerk of Court

### ORDER OF TRANSFER

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff William E. McCoy alleges that he was assaulted by another inmate and denied adequate medical care while incarcerated in the Cameron County Jail. He seeks more than $1 million in damages and "lifetime medical."

Venue in a civil rights action is governed by 28 U.S.C. § 1391(b). *See Davis v. Louisiana State University*, 876 F.2d 412, 413 (5th Cir. 1989). This statute provides that civil cases not founded solely on diversity of citizenship must be brought in the judicial district where: (1) the defendant resides; (2) a substantial part of the events or omissions giving rise to the claim occurred; or (3) where any defendant may be found if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). The Court may also transfer a civil rights action to any proper judicial district or division "for the convenience of the parties and witnesses or in the interest of justice." *Id.* § 1404(a); *see also Hardwick v. Brinson*, 523 F.2d 798, 800 n.2 (5th Cir. 1975).

Certified a true copy of an instrument
on file in my office on 2/13/02
Clerk, U.S. District Court,
Northern District of Texas
By_____ Deputy

Plaintiff sues the Cameron County Sheriff's Department, Sheriff Omar Lucio, Lt. Mary Garcia, and Cameron County Valley Hospital. All defendants reside in Cameron County, Texas, and all events made the basis of this suit occurred there. Cameron County lies within the Brownsville Division of the Southern District of Texas. 28 U.S.C. § 124(b)(4). Accordingly, this case is hereby transferred to that district and division in accordance with 28 U.S.C. § 1404(a).

SO ORDERED.

DATED: February 5, 2002.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE

```
                                                              MAG
                     U.S. District Court
                 Northern District of Texas (Dallas)

              CIVIL DOCKET FOR CASE #: 02-CV-203

McCoy v. Cameron County Sher, et al              Filed: 01/31/02
Assigned to: Judge Sam A Lindsay
          Referred to: Magistrate Judge Jeff Kaplan
Demand: $0,000                           Nature of Suit: 550
Lead Docket: None                        Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 Prisoner Civil Rights


WILLIAM E MCCOY                 William E McCoy
     plaintiff                  #928910
                                [COR NTC pse] [PRO SE]
                                Corrections Corp of America
                                Venus Unit
                                1100 Highway 1807
                                Venus, TX 76084-0361
                                USA



     v.


CAMERON COUNTY SHERIFFS
DEPARTMENT, Sheriff Omar Lucio
     defendant


CAMERON COUNTY SHERIFFS
DEPARTMENT, Mary Garcia,
Lietenant, Cameron County
Jailer
     defendant


CAMERON COUNTY VALLEY HOSPITAL
     defendant




Docket as of February 4, 2002 1:48 pm          Page 1    NON-PUBLIC
```

```
INTERNAL USE ONLY: Proceedings include all events.              MAG
3:02cv203 McCoy v. Cameron County Sher, et al

1/3/02      2      Certificate of Trust Account Filed by plaintiff William E
                   McCoy   TDCJ #: 928910 (not imaged) (yrw)
                   [Entry date 02/01/02]

1/31/02     --     **Set Pro Se Flag (yrw) [Entry date 02/01/02]

1/31/02     --     PRELIMINARY ASSIGNMENT TO Magistrate Judge Jeff Kaplan (yrw)
                   [Entry date 02/01/02]

1/31/02     --     CASE REFERRED  to Magistrate Judge Jeff Kaplan (yrw)
                   [Entry date 02/01/02]

1/31/02     1      Prisoner Civil Rights COMPLAINT filed;   Date Received:
                   1/31/02 (5) (yrw) [Entry date 02/01/02]

1/31/02     2      MOTION by plaintiff William E McCoy to proceed in forma
                   pauperis (3) (yrw) [Entry date 02/01/02]

2/1/02      --     **Address labels only (yrw)
```