

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAY 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM E. McCOY | * | |
| VS | * | C.A. NO. B-02-031 |
| CAMERON COUNTY SHERIFF'S DEPARTMENT, ET AL | * | |

## ORDER ON APPLICATION TO
## PROCEED WITHOUT PAYMENT OF FEES

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915,

IT IS ORDERED that the application is GRANTED. IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon defendants as directed by the plaintiff. All costs of service shall be advanced by the United States.

DONE at Brownsville, Texas, this 9th day of May 2002.

_____
Felix Recio
United States Magistrate Judge

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Northern District of Texas

WILLIAM E. McCOY
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CAMERON COUNTY SHERIFF'S DEPT
SHERIFF OMAR LUCIO
    Defendant's

CASE NUMBER: B-02-031
3-02CV0203-L

LT, MARY GARCIA, JAILER
CAMERON COUNTY JAIL

VALLEY HOSPITAL
CAMERON COUNTY, VALLEY HOSPITAL

TO: (Name and address of Defendant)

CAMERON COUNTY SHERIFF'S DEPT / SHERIFF OMAR LUCIO ✓
945 EAST HARRISON ST, BROWNVILLE TEXAS, 78520.

CAMERON COUNTY SHERIFF'S dept / LT, MARY GARCIA

VALLY HOSPITAL, BROWNSVILLE TEXAS. 78520

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiff is filing PRO- Se;

WILLIAM E. McCOY # 928910
C.C.A. VENUS UNIT
1100 Hwy 1807
VENUS TEXAS 76084.

an answer to the complaint which is herewith served upon you, within __**120**__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
CLERK

(By) DEPUTY CLERK

5-9-02
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### Northern District of Texas

**WILLIAM E. McCOY**
    Plaintiff

    V.

**CAMERON COUNTY SHERIFF'S DEPT**
**SHERIFF OMAR LUCIO**
    Defendant's

**LT, MARY GARCIA, JAILER**
**CAMERON COUNTY JAIL**

**VALLEY HOSPITAL**
**CAMERON COUNTY, VALLEY HOSPITAL**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-02-031

3-02CV0203-L

TO: (Name and address of Defendant)

CAMERON COUNTY SHERIFF'S DEPT / SHERIFF OMAR LUCIO
945 EAST HARRISON ST, BROWNVILLE TEXAS, 78520.

CAMERON COUNTY SHERIFF 'S dept / LT, MARY GARCIA

VALLY HOSPITAL, BROWNSVILLE TEXAS. 78520

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiff is filing PRO- Se;

WILLIAM E. McCOY # 928910
C.C.A. VENUS UNIT
1100 Hwy 1807
VENUS TEXAS 76084.

an answer to the complaint which is herewith served upon you, within _____120_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

(By) DEPUTY CLERK

DATE: 5-9-02

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Texas

WILLIAM E. McCOY
    Plaintiff

V.

CAMERON COUNTY SHERIFF'S DEPT
SHERIFF OMAR LUCIO
    Defendant's

LT, MARY GARCIA, JAILER
CAMERON COUNTY JAIL

VALLEY HOSPITAL
CAMERON COUNTY, VALLEY HOSPITAL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-02-031

3-02CV0203-L

TO: (Name and address of Defendant)

CAMERON COUNTY SHERIFF'S DEPT / SHERIFF OMAR LUCIO
945 EAST HARRISON ST, BROWNVILLE TEXAS, 78520.

CAMERON COUNTY SHERIFF 'S dept / LT, MARY GARCIA

VALLY HOSPITAL, BROWNSVILLE TEXAS. 78520 ✓

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiff is filing PRO- Se;

WILLIAM E. McCOY # 928910
C.C.A. VENUS UNIT
1100 Hwy 1807
VENUS TEXAS 76084.

an answer to the complaint which is herewith served upon you, within _____120_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk          5-9-02

CLERK          DATE

(By) DEPUTY CLERK