AO 440 (Rev. 10/93) Summons in a Civil Action

C.A.B-02-31 (5)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 30, 2002 |
| NAME OF SERVER (PRINT)  Robert Aguilar | TITLE  Deputy U.S. Marshal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: **Mercedes Police Department**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

JUN 0 5 2002

Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 14.60 | 45.00 | 59.60 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 30, 2002     *Robert Aguilar*
                  Date              Signature of Server

600 E. Harrison Rm. 1032, Brownsville, Texas 78521
Address of Server

The summons was served on Omar Lucio on May 30, 2002 at 9:45 a.m. at the Mercedes Police Department in Mercedes, Texas. The summon was served by one Deputy U.S. Marshal and the roundtrip mileage for this process was 40 miles.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.