AO 440 (Rev. 10/93) Summons in a Civil Action

CAB-02-31   (6)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 10, 2002 |
| NAME OF SERVER (PRINT) Robert Aguilar | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: **Valley Regional Hospital**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

JUN 0 5 2002

Michael N. Milby
Clerk of Court

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 3.65 | SERVICES 45.00 | TOTAL 48.65 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 10, 2002            Robert Aguilar
              Date                    Signature of Server

600 E. Harrison Rm. 1032, Brownsville, 78521
Address of Server

The summons was served on Juanita Garza on May 10, 2002 at 3:00 p.m. at Valley Regional Hospital in Brownsville, Texas. Mrs. Juanita Garza is the Supervisor that was in charge of the Records Department at the time this process was served. The summons was served by one Deputy U.S. Marshal and the roundtrip mileage for this process was 10 miles.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.