IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| WILLIAM E. McCOY | * |
| | * |
| | * |
| VS. | *   CIVIL ACTION NO. B-02-031 |
| | *   JURY DEMANDED |
| CAMERON COUNTY SHERIFF'S | * |
| DEPARTMENT, ET AL | * |

### DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Columbia Valley Healthcare System, L.P., d/b/a Valley Regional Medical Center (hereinafter Valley Regional) files this its Motion for Summary Judgment, and would respectfully show unto the Court the following:

1.

The Plaintiff was not a patient at Valley Regional on June 3, 2000 or during the entire year of 2000. See attached Exhibit 1, affidavit of Dr. Eamon McGlynn which is attached hereto and incorporated herein for all purposes. Plaintiff has alleged that he was a patient at "Valley Hospital, Cameron County Valley Hospital". This lawsuit was served upon Defendant Valley Regional. Plaintiff was not a patient at Valley Regional as alleged.

WHEREFORE, Defendant Valley Regional moves that the Court grant its motion for summary judgment, award judgment for Defendant Valley Regional and against Plaintiff William E. McCoy, award court costs to Defendant Valley Regional and for such other and further relief, at

MCCOY V. VRMC/MTNSJ
Page 1

law or in equity, to which this Defendant may justly show itself entitled to receive.

Respectfully submitted,

By: _____William Gault_____
William Gault

Attorney in Charge
Federal ID No. 14685
State Bar No. 07765050
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEYS FOR DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM E. McCOY | * | |
| | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-031 |
| | * | JURY DEMANDED |
| CAMERON COUNTY SHERIFF'S | * | |
| DEPARTMENT, ET AL | * | |

## ORDER GRANTING DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT

On the _____ day of _____, 2002, came on the Court and considered Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center's Motion for Summary Judgment and the Court was of the opinion that Defendant's Motion for Summary Judgment is hereby granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center's Motion for Summary Judgment is hereby granted and Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center is awarded a Take Nothing Judgment on Plaintiff's claims and judgment is entered for Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center and against Plaintiff William E. McCoy and court costs are assessed against Plaintiff for which let execution issue if not paid.

SIGNED AND ENTERED, this the _____ day of _____, 2002.

_____
JUDGE PRESIDING

COPIES TO:

Mr. William E. McCoy, Inmate # 928910, C.C.A. Venus Unit, 1100 Highway 1807, Venus, Texas 76084
Mr. Roger Hughes, Adams & Graham, LLP, 222 E. Van Buren, West Tower, PO Drawer 1429, Harlingen, Texas 78551
Mr. William Gault, Brin & Brin, 1325 Palm Boulevard, Suite A, Brownsville, Texas 78520

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM E. McCOY | * | |
| | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-031 |
| | * | JURY DEMANDED |
| CAMERON COUNTY SHERIFF'S | * | |
| DEPARTMENT. ET AL | * | |

| | | |
|---|---|---|
| STATE OF | * | |
| | * | **AFFIDAVIT OF EAMON MCGLYNN** |
| TEXAS | * | |

BEFORE ME, the undersigned authority, personally appeared Eamon McGlynn, known to me to be the individual whose name is subscribed below, and who after being duly sworn, deposed and stated:

"My name is Eamon McGlynn. I am the Chief Medical Affairs Officer for Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, hereinafter referred to as Valley Regional. I am over the age of 18 years old and competent to testify herein."

"Valley Regional keeps a computer log of all patient admissions. Valley Regional kept this log before year 2000, during that year, up to and including the present time. Each patient's name is entered on its computer records. I have throughly searched Valley Regional's records and I have determined that William E. McCoy was not a patient at Valley Regional Medical Center during the entire year of 2000. I have also specifically determined that he was not a patient on June 3, 2000."

FURTHER AFFIANT SAYETH NOT.

_____
EAMON McGLYNN



SWORN AND SUBSCRIBED TO BEFORE ME, on this the 14 day of June, 2002, to witness my hand and official seal of office.

*Leslie C. Delgado*
Notary Public In and For the
State of Texas
Print Name: Leslie C. Delgado
My Commission Expires: 12-10-02

[SEAL: LESLIE C. DELGADO / MY COMMISSION EXPIRES / December 10, 2002]

MCCOY V. VRMC/AFFMCGLY
PAGE 2