IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WILLIAM E. McCOY | ) | |
| | ( | |
| VS. | ) | |
| | ( | CASE NO. B-02-031 |
| CAMERON COUNTY SHERIFF'S | ) | |
| DEPT., OMAR LUCIO, et al. | ( | **A JURY IS DEMANDED** |

### DEFENDANT LUCIO'S MOTION TO STAY DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Omar Lucio, Individually, and files **DEFENDANT LUCIO'S MOTION TO STAY DISCOVERY** and would show the Court as follows:

I.

### CERTIFICATE OF CONFERENCE

Counsel for Defendant Lucio cannot confer with Plaintiff because he is *pro se* and incarcerated. It is presumed he will oppose the motion. The co-defendants do not oppose the motion.

II.

Defendant Lucio filed a Motion to Dismiss Based on Qualified Immunity. That motion has not been resolved.

Until his motion to dismiss the complaint based on qualified immunity under FRCP 12(b)(6) are finally resolved, Defendant Lucio is entitled to have discovery stayed. *Schultea v. Wood*, 47 F.3d 1427 (5th Cir. 1995).

III.

Therefore, Defendant Lucio requests that all discovery be stayed in this case and that none of the Defendants need make their Rule 26 disclosures until their motions are finally resolved.

WHEREFORE, PREMISES CONSIDERED, Defendant Lucio prays the above motion be set for hearing, upon hearing same, the Court stay discovery, including mandatory disclosures under Rule 26, until such time as the Court rules on the merits of his Motion to Dismiss Under Rule 12(b)(6) Based on Qualified Immunity, as supplemented or amended.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By_____
**JIM DENISON**
State Bar NO. 05739000
Federal I.D. NO. 1583
**ROGER W. HUGHES**
State Bar No. 10229500
Federal I.D. No. 5950

ATTORNEYS FOR DEFENDANT
OMAR LUCIO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the 19 day of June, 2002.

William E. McCoy  
Sanders Estes Unit  
1100 Highway 1807  
Venus, TX 76084

**VIA CM/RRR NO. 7001 1940 0007 8405 8925**

Mr. William Gault  
BRIN & BRIN  
1325 Palm Blvd., Suite A  
Brownsville, TX 78520

_____  
Jim Denison