William E. McCoy
928910
1100 Hwy. 1807
Venus, Tx. 76084

U.S. District Clerk
600 East Harrison
Rm. 101
Brownsville, Tx. 78520

United States District Court
Southern District of Texas
FILED

JUN 2 4 2002

Michael N. Milby
Clerk of Court

June 19, 2002

Re: Summons B-02-031; case number 3-02CV0203-L
    Plaintiff: William E. McCoy

Dear Clerk of the Court,

   I was advised by Michael N. Milby, Clerk of the Northern District of Texas to send my mail to this office. Case was transfered and filed on May 10, 2002

   Enclosed is a copy of a letter to one of the defendants, Valley Regional Medical Center, pointing out an error on their behalf.

   I am in search of legal representation and as of this date very little response has been met. Under my circumstance and little knowledge on how to proceed without legal council has placed a barrier against me.

   I will keep this office informed as to any changes about my living status. Thank you for your time and understanding.

Sincerely,

William E. McCoy

William E. McCoy

cc:File

# Valley Regional Medical Center

100 E. Alton Gloor Blvd
Unit A
Brownsville TX 78526
956-350-7000

Patricia Murphy, Director
Quality and Risk Management

MAIL

United States District Court
Southern District of Texas
RECEIVED

JUN 2 4 2002

10:27 pm
Michael N. Milby, Clerk

May 10, 2002

Michael N. Milby, Clerk
United States District Court
Northern District of Texas
14A20 Earle Cabell Federal Building
1100 Commerce ST.
Dallas TX 75242-1003

<u>RE: Summons B-02-031; Case NUMBER 3-02CV0203-L
Plaintiff: William E. McCoy</u>

Dear Mr. Milby:

Please be advised that this individual, William E. McCoy, was not registered as a patient in the emergency department in this facility on July 13, 2000, and according to our records has not been admitted to, or received care at this facility under the name given in the summons.

We can therefore provide no answer to this summons.

Yours in trust

*Pat Murphy*
Patricia Murphy

Cc:   Risk files
      William E. McCoy # 928910
      C.C.A. Venus Unit
      1100 Hwy 1807
      Venus TX 76084

Subscribed and sworn before me on this the __10th__ day of May 2002.

*Anabel Cisneros*

Notary Public in and for the
STATE of TEXAS
CAMERON COUNTY

ANABEL CISNEROS
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 10-20-2003