IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WILLIAM E. M^cCoy, | § § | |
| VS. | § § | CASE NO. B-02-031 |
| CAMERON COUNTY SHERIFF'S DEPARTMENT, et al. | § § § | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO VOLUNTARY DISMISSAL UNDER RULE 41(a)(2)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, William E. M^cCoy, Plaintiff, Pro se in the above styled and nombered cause, and files this his Motion For Leave To File Motion To Voluntary Dismissal Under Rule 41(a)(2), and in support thereof, would show the Court the following;

1) Plaintiff is not versed in the law and has been diligently seeking to obtain legal representation. (See Exhibit "A") Plaintiff needs to secure legal counsel.

2) Plaintiffs original complaint was filed with the assistance of an inmate that turned out to be a "idiot" when it came to knowing the law.

3) Plaintiff needs to amend his complaint, and this court should grant leave freely.

Respectfully submitted,

*William E. M^cCoy*
William E. M^cCoy
Plaintiff/Pro se

# SANDERS ESTES UNIT - MAILROOM
# MEMORANDUM

Date: 8/20/2002

To: Whom it may concern

From: Mailroom Supervisor, Mrs. Reeves, C. Reeves
(signature)

Subject: Outgoing Legal Mail to Attorneys

---

The Sanders Estes Unit Mailroom recorded Legal Mail to **Attorneys** for Offender William E. McCoy, TDCJ – ID # 928910 on the following dates;

1) 1/2/2002
2) 2/4/2002
3) 2/12/2002
4) 2/23/2002
5) 3/13/2002
6) 4/1/2002
7) 4/5/2002
8) 4/18/2002
9) 5/3/2002
10) 5/25/2002
11) 5/25/2002
12) 5/25/2002
13) 5/25/2002
14) 5/25/2002
15) 5/25/2002
16) 5/28/2002
17) 5/28/2002
18) 5/28/2002
19) 5/28/2002
20) 5/28/2002
21) 5/28/2002
22) 6/10/2002
23) 6/20/2002
24) 6/20/2002
25) 6/21/2002
26) 6/24/2002
27) 6/24/2002
28) 6/24/2002
29) 6/25/2002
30) 6/25/2002
31) 6/25/2002
32) 6/26/2002
33) 7/11/2002
34) 7/11/2002
35) 7/11/2002
36) 7/11/2002
37) 7/11/2002
38) 7/11/2002
39) 7/11/2002
40) 7/11/2002
41) 7/11/2002
42) 7/30/2002
43) 8/30/2002
44) 8/30/2002
45) 8/8/2002
46) 8/9/2002
47) 8/15/2002
48) 8/15/2002
49) 8/15/2002
50) 8/15/2002
51) 8/15/2002
52) 8/15/2002
53) 8/15/2002
54) 8/15/2002
55) 8/15/2002
56) 8/15/2002
57) ___/___/2002
58) ___/___/2002
59) ___/___/2002
60) ___/___/2002

---

1100 Highway 1807, Venus, Texas 76084 (972) 366-3334 ext. 2215

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM E. M<sup>C</sup>COY, | § | |
| | § | |
| VS. | § | CASE NO. B-02-031 |
| | § | |
| CAMERON COUNTY SHERIFF'S | § | |
| DEPARTMENT, et al. | § | |

### PLAINTIFF'S MOTION TO VOLUNTARY DISMISSAL UNDER RULE 41(a)(2), WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, William E. M<sup>C</sup>Coy, Plaintiff, Pro se in the above styled and numbered cause, and files this his Plaintiff's Motion To Voluntary Dismissal Under Rule 41 (a)(2), Without Prejudice, and in support thereof, would show the court the following;

I.

Plaintiff is not versed in the law and therefore urges that this Honorable Court not hold these Pro se pleadings to the same stringent standards drafted by learned lawyers, **HAINES V. KERNER**, 404 U.S. 519, 92 S.Ct. 594, but that the Court construe plaintiff's pleadings with patience and liberality.

II.

Plaintiff has been diligently seeking to obtain legal representation since before his complaint was filed.

(1)

Dismissal with prejudice is such a harsh penalty that it should be imposed, as a sanction, only in extreme case, **RAIFORD V. POUNDS**, 640 F.2d 944, by dismissing this case with prejudice would deprive plaintiff of his day in court. **Id.**

Plaintiff needs to secure legal counsel.

### III.

Plaintiffs original complaint was filed with the assistance of another inmate that turned out to be an "idiot" when it came to knowing the law.

Plaintiff needs to Amend his Complaint. This Court should Grant leave freely to amend a complaint. **FOMON V. DAVIS**, 371 U.S. 178, 182, 83 S.Ct. 227; **INTERROYAL CORP. V. SPONSELLER**, 889 F.2d 108, 112, under Rule 15(a) and 19(a), Fed. R. Civ. P.

### IV.
### CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Plainiff prays the above motion to voluntary dismissal under rule 41(a)(2) be granted "without prejudice" so plaintiff can amend this his complaint and reenter the Federal realm.

SO MOVED AND PRAYED

Respectfully Submitted,

*William E. McCoy*
William E. M<sup>c</sup>Coy
Plaintiff/Pro se

(2)

# UNSWORN DECLARATION

I __Mr. William E. McCoy__, T.D.C.J.-ID.# __928910__, Petitioner, Pro Se, being presently incarcerated at the __Sanders Estes__ Unit, in __Johnson__ County, Texas, declares under Penalty of Perjury that the foregoing instrument is true and correct too the best of my knowledge. Pursuant to Federal Law ( 28 U.S.C. § 1746 ) and State Law ( V.T.C.A. Civil Pratice and Remedies Code § 132.001 - 132.003 ). Executed on this day __22nd__ of __August__, __2002__.

Respectfully submitted,

*William E. McCoy*
Petitioner, Pro Se

# CERTIFICATE OF SERVICE

This is to certify that on the __22nd__ day of __August__, __2002__. A true and correct copy of the foregoing instrument was mailed postage prepaid via U.S. Mail to the following;

1) __Mr. Michael Milby, U.S. District Clerk__
   (Name & Tile)

   __600 East Harrison, Room 101__
   (Address)

   __Brownsville, Texas 78520__
   (City, State & Zip Code)

2) __Adams & Graham, Mr. Roger Hughes__
   (Name & Tile)

   __222 E. Van Buren, W. Tower, P.O. Box 1429__
   (Address)

   __Harlingen, Texas 78551__
   (City, State & Zip Code)

3) __Brin & Brin, Mr. William Gault__
   (Name & Tile)

   __1325 Palm Blvd., Suite A__
   (Address)

   __Brownsville, Texas 78520__
   (City, State & Zip Code)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM E. M<sup>C</sup>COY, | § | |
| | § | |
| VS. | § | CASE NO. B-02-031 |
| | § | |
| CAMERON COUNTY SHERIFF'S | § | |
| DEPARTMENT, et al. | § | |

### ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARY DISMISSAL UNDER RULE 41(a)(2),"WITHOUT PREJUDICE"

On the ____ day of _____, 2002, this court received the Plaintiffs Order Granting Plaintiff's Motion To Voluntary Dismissal Under Rule 41(a)(2),"Without Prejudice"as were filed in the above styled and numbered cause.

After considering the pleadings and motion this court finds and concludes in favor of Plaintiff and to grant Plaintiffs Order Granting Plaintiff's Motion To Voluntary Dismissal Under Rule 41(a)(2), "WITHOUT PREJUDICE", for the reasons as stated in Plaintiff's pleadings therein.

IT IS THEREFORE, ORDERED that the Plaintiffs Order Granting Plaintiff's Motion To Voluntary Dismissal Under Rule 41(a)(2), "WITHOUT PREJUDICE" is GRANTED.

SIGNED AND ENTERED, this ____ day of _____, 2002.

_____
Judge Presiding