IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| WILLIAM E. McCOY | ) |
| | ( |
| VS. | ) |
| | (    CASE NO. B-02-031 |
| CAMERON COUNTY SHERIFF'S | ) |
| DEPT., OMAR LUCIO, et al. | ( |

DEFENDANTS' MOTION TO QUASH DISCOVERY OR
STAY THE RESPONSES TO DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, OMAR LUCIO and CONRADO CANTU, Defendants in the above-referenced case and files this MOTION TO QUASH DISCOVERY OR STAY THE RESPONSES TO DISCOVERY and would show unto the court as follows:

## I. Certificate of Conference

The undersigned has attempted to confer with Plaintiff concerning the subject matter of this motion by writing him. As of yet, counsel for these Defendants has heard nothing from Plaintiff. Counsel for the Co-Defendant Valley Regional Health Care does not oppose this motion.

## II. Status of the Case

This is a pro se suit filed by Mr. McCoy under 42 U.S.C. § 1983. The Magistrate has recommended his claims be dismissed. Since then, Plaintiff has filed a motion to voluntarily dismiss without prejudice under Federal Rules of Civil Procedure 41.

ADAMS & GRAHAM, L.L.P.
Motion to Quash Discovery or Stay the Responses to Discovery
[18-fmg] C:\FILES\C1226\MTNS&ORDS\Mtn2QshDisc      PAGE 1 OF 4

## II.

On August 2, 2002, Plaintiff McCoy sent Interrogatories and Requests for Production on "Defendant Cameron County Sheriff's Department" which was received by counsel for Defendants Lucio and Cantu on August 5, 2002. True and correct copies are attached as Exhibit 1. Previously, Defendant Lucio filed a motion to dismiss based on qualified immunity and a motion to stay discovery. Defendant Cantu moved to dismiss because he had not been properly served.

The Magistrate's Report recommended dismissal. The Court is currently considering that report as well as Plaintiff's current motion for non-suit under Rule 41.

## III.

Defendants should not have to respond to this discovery at all, or at least not respond at this time.

First, if Plaintiff wishes to dismiss without prejudice under Rule 41 and the Magistrate has recommended dismissal under Rule 12b(6), is likely that the court will dismiss the suit. In which case, Defendants would not have to respond to discovery at all.

Second, it is appropriate to stay discovery while claims for qualified immunity are being considered. In the event the case is not dismissed, these Defendants request that they have an extension of time to respond to this discovery, including filing any necessary objections, etc., until thirty (30) days after a ruling of this court on the pending motions to dismiss.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the court enter an order that Defendants Cantu and Lucio not respond to the discovery at all or that they are not required to respond or submit objections to the discovery until thirty (30) days after the court decides the pending motions to dismiss.

    Respectfully submitted,

    ADAMS & GRAHAM, L.L.P.
    P. O. Drawer 1429
    Harlingen, Texas 78551
    956-428-7495; FAX: 956-428-2954
    RHughes@adamsgraham.com

    By: _____
    ROGER W. HUGHES
    State Bar No. 10229500
    Federal I.D. No. 5950
    SCOTT T. CLARK
    State Bar No. 00795896
    Federal I.D. No. 21676
    JIM DENISON
    State Bar No. 05739000
    Federal I.D. No. 1583

    Attorneys for *Defendants* OMAR LUCIO and CONRADO CANTU

ADAMS & GRAHAM, L.L.P.
Motion to Quash Discovery or Stay the Responses to Discovery
[18-fmg] C:\FILES\C1226\MTNS&ORDS\Mtn2QshDisc   PAGE 3 OF 4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the 29 day of August, 2002.

William E. McCoy  
Sanders Estes Unit  
1100 Highway 1807  
Venus, TX 76084  

**VIA CM/RRR NO. 7001 2510 0000 6098 2432**

Mr. William Gault  
BRIN & BRIN  
1325 Palm Blvd., Suite A  
Brownsville, TX 78520  

_____  
ROGER W. HUGHES

ADAMS & GRAHAM, L.L.P.  
Motion to Quash Discovery or Stay the Responses to Discovery  
[18-fmg] C:\FILES\C1226\MTNS&ORDS\Mtn2QshDisc

PAGE 4 OF 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM E. M<sup>C</sup>COY, | § | |
| | § | |
| VS. | § | CASE NO. B-02-031 |
| | § | |
| CAMERON COUNTY SHERIFF'S | § | |
| DEPARTMENT, et al. | § | |

### PLAINTIFF'S FIRST SET OF INTERROGATORIES
### TO DEFENDANT VALLEY REGIONAL MEDICAL CENTER'S

COMES NOW, William E. M<sup>C</sup>Coy, Plaintiff, Pro se in the above styled and numbered cause, and in pursuant to Rule 33, of the Federal Rules of Civil Procedure, submits the following interrogatories to the defendants. You are directed to answer each of the interrogatories in writing under oath, within (30) days.

### DEFINITIONS

"Defendant", "you" or "your shall mean Valley Regional Medical Centers, and as the content requires, includes Defendant's agents, representatives, affiliates, predecessors, and persons acting or purporting to act on Defendant's behalf or under Defendant's control.

"Plaintiff", "I" or "My" shall mean William E. M<sup>C</sup>Coy, Plaintiff herein.

( 1 )

## INTERROGATORIES

1. Do you currently have a contractual agreement with the Cameron County Sheriff's Department / Cameron County Jail for medical services?

Answer:

2. In June of 2000 did you have a contractual agreement with the Cameron County Sheriff's / Cameron County Jail for medical services?

Answer:

Respectfully submitted,

William E. McCoy
Plaintiff / Pro se

( 2 )

# UNSWORN DECLARATION

I __Mr. William E. M<sup>c</sup>Coy__, T.D.C.J.-ID.# __928910__, Petitioner, Pro Se, being presently incarcerated at the __Sanders Estes__ Unit, in __Johnson__ County, Texas, declares under Penalty of Perjury that the foregoing instrument is true and correct too the best of my knowledge. Pursuant to Federal Law ( 28 U.S.C. § 1746 ) and State Law ( V.T.C.A. Civil Pratice and Remedies Code § 132.001 - 132.003 ). Executed on this day __2nd__ of __August__, 20 __02__.

Respectfully submitted,

_William E. McCoy_
Petitioner, Pro Se

# CERTIFICATE OF SERVICE

This is to certify that on the __2nd__ day of __August__, 20 __02__. A true and correct copy of the foregoing instrument was mailed postage prepaid via U.S. Mail to the following;

1) __Mr. Michael Milby, U.S. District Clerk__
(Name & Tile)

__600 East Harrison, Room 101__
(Address)

__Brownsville, Texas 78520__
(City, State & Zip Code)

2) __Adams & Graham, Mr. Roger Hughes__
(Name & Tile)

__222 E. Van Buren, W. Tower, P.O. Box 1429__
(Address)

__Harlingen, Texas 78551__
(City, State & Zip Code)

3) __Brin & Brin, Mr. William Gault__
(Name & Tile)

__1325 Palm Blvd., Suite A__
(Address)

__Brownsville, Texas 78520__
(City, State & Zip Code)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM E. M<sup>C</sup>COY, | § | |
| | § | |
| VS. | § | CASE NO. B-02-031 |
| | § | |
| CAMERON COUNTY SHERIFF'S | § | |
| DEPARTMENT, et. al. | § | |

**PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION**
**OF DOCUMENTS TO DEFENDANT CAMERON COUNTY SHERIFF'S DEPARTMENT**

COMES NOW, William E. M<sup>C</sup>Coy, Plaintiff, Prose in the above styled and numbered cause, and pursuant to Rules 33 & 34 of the Federal Rules of Civil Procedure, submits the following interrogatories and request of documents to the defendants. You are directed to answer each of the interrogatories in writing under oath, and produce each of the documents within (30) days.

**DEFINITIONS**

"Defendant", "you" or "your" shall mean Cameron County Sheriff's Department, and as the content requires, includes Defendant's agents, representatives, affiliates, predecessors, and persons acting or purporting to act on Defendant's behalf or under Defnedant's control.

"Plaintiff", "I" or "My" shall mean William E. M<sup>C</sup>Coy, Plaintiff herein.

( 1 )

## INTERROGATORIES

1. Please produce any and all documents, relating to the Plaintiff's medical records, inclusive to, but not limited to, hospital bills, receipts, file and notes during his stay at the Cameron County Jail for the year of 2000.

Answer:

2. Please produce any and all documents, which have a contractual agreements by and between Cameron County Sheriff's Department / Cameron County Jail and Valley Regional Medical Centers.

Answer:

3. Please produce any and all documents, who had any contractual agreements for medical services with Cameron County Sheriff's Department / Cameron County Jail for the year of 2000.

Answer:

4. Please produce any and all documents, including logs that show the names, titles and duties of the officers that transported the Plaintiff to the hospital on June

( 2 )

3rd, 2000. If those duties are set forth in any job description, policy, directive, or other document, produce that document.

Answer:

5. State the names, titles, and duties of all staff who have responibility for filing reports, reporting, and investigating inmate assults. If those duties are set forth in any job description, policy, directive, or other document, produce that document.

Answer:

6. Please produce any and all documents that relate to the assult on the Plaintiff in June of 2000, to include, but not limited to, logs, reports and investigation reports.

Answer:

7. State the procedure in effect during during June of 2000 for responding to, investigating, and reporting inmate assults to the District Attorney's office for Prosecution. If those procedures are set forth in any policy, directive, or other document, produce that document.

Answer:

( 3 )

Respectfully submitted,

*William E. McCoy*
Mr. William E. McCoy
Plainiff / Pro se
TDCJ-ID# 928910

( 4 )

## UNSWORN DECLARATION

I __Mr. William E. McCoy__, T.D.C.J.-ID.# __928910__, Petitioner, Pro Se, being presently incarcerated at the __Sanders Estes__ Unit, in __Johnson__ County, Texas, declares under Penalty of Perjury that the foregoing instrument is true and correct too the best of my knowledge. Pursuant to Federal Law ( 28 U.S.C. § 1746 ) and State Law ( V.T.C.A. Civil Pratice and Remedies Code § 132.001 - 132.003 ). Executed on this day __2nd__ of __August__, 20__02__.

Respectfully submitted,

__William E. McCoy__
Petitioner, Pro Se

## CERTIFICATE OF SERVICE

This is to certify that on the __2nd__ day of __August__, 20__02__. A true and correct copy of the foregoing instrument was mailed postage prepaid via U.S. Mail to the following;

1) __Mr. Michael Milby, U.S. District Clerk__
(Name & Tile)

__600 East Harrison, Room 101__
(Address)

__Brownsville, Texas 78520__
(City, State & Zip Code)

2) __Adams & Graham, Mr. Roger Hughes__
(Name & Tile)

__222 E. Van Buren, W. Tower, P.O. Box 1429__
(Address)

__Harlingen, Texas 78551__
(City, State & Zip Code)

3) __Brin & Brin, Mr. William Gault__
(Name & Tile)

__1325 Palm Blvd., Suite A__
(Address)

__Brownsville, Texas 78520__
(City, State & Zip Code)