William E. McCoy
T.D.C.J.-ID #928910
Stevenson Unit
1525 F.M. 766
Cuero, Tx. 77954

Mr. Michael Milby
United States District Clerk
600 East Harrison, No. 101
Brownsville, Tx. 78520

October 18, 2002

Re: C.A. No. B-02-031, U.S. District Court, Brownsville Division
<u>Change of Address</u>.

Dear Mr. Milby:

   Please be advised, on October 10, 2002 I was transfered to the Stevenson Unit, Cuero, Tx. 77954 and arrived on October 14, 2002.

   My legal status of incarceration is now in the parole review process stage and a decision will arrive as to the outcome in the near future.

   Thank you for your attention in this matter.

                  Sincerely yours,

                  William E. McCoy
                  William E. McCoy
                  T.D.C.J.-ID #928910

•file

*Filed OCT 21 2002, Michael N. Milby, Clerk of Court, United States District Court, Southern District of Texas*