United States District Court
Southern District of Texas
FILED

NOV 0 8 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

WILLIAM E. M<sup>C</sup>COY, §
  §
VS. § CASE NO. B-02-031
  §
CAMERON COUNTY SHERIFF'S §
DEPARTMENT, et al. §

## PLAINTIFF'S MOTION TO VOLUNTARY DISMISSAL UNDER RULE 41(a)(2), WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, William E. M<sup>c</sup>Coy, Plaintiff, Pro se in the above styled and numbered cause, and files this his Plaintiff's Motion To Voluntary Dismissal Under Rule 41(a)(2), Without Prejudice, and in support thereof, would show the court the following;

### I.

Plaintiff is not versed in the law and therefore urges that this Honorable Court not hold these Pro se pleadings to the same stringent standards drafted by learned lawyers, HAINES V. KERNER, 404 U.S. 519, 92 S.Ct. 594, but that the Court construe plaintiff's pleadings with patience and liberality.

### II.

Plaintiff has been diligently seeking to obtain legal representation since before his complaint was filed.

(1)

Dismissal with prejudice is such a harsh penalty that it should be imposed, as a sanction, only in extreme case, **RAIFORD V. POUNDS**, 640 F.2d 944, by dismissing this case with prejudice would deprive plaintiff of his day in court. Id.

Plaintiff needs to secure legal counsel.

### III.

Plaintiffs original complaint was filed with the assistance of another inmate that turned out to be an "idiot" when it came to knowing the law.

Plaintiff needs to Amend his Complaint. This Court should Grant leave freely to amend a complaint. **FOMON V. DAVIS**, 371 U.S. 178, 182, 83 S.Ct. 227; **INTERROYAL CORP. V. SPONSELLER**, 889 F.2d 108, 112, under Rule 15(a) and 19(a), Fed. R. Civ. P.

### IV.
### CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Plainiff prays the above motion to voluntary dismissal under rule 41(a)(2) be granted "without prejudice" so plaintiff can amend this his complaint and reenter the Federal realm.

SO MOVED AND PRAYED

Respectfully Submitted,

*William E. McCoy*
William E. McCoy
Plaintiff/Pro se

(2)

## UNSWORN DECLARATION

I __Mr. William E. M<sup>c</sup>Coy__, T.D.C.J.-ID.# __928910__, Petitioner, Pro Se, being presently incarcerated at the __Sanders Estes__ Unit, in __Johnson__ County, Texas, declares under Penalty of Perjury that the foregoing instrument is true and correct too the best of my knowledge. Pursuant to Federal Law ( 28 U.S.C. § 1746 ) and State Law ( V.T.C.A. Civil Pratice and Remedies Code § 132.001 - 132.003 ). Executed on this day __22nd__ of __August__, __2002__.

Respectfully submitted,

*William E. McCoy*
Petitioner, Pro Se

## CERTIFICATE OF SERVICE

This is to certify that on the __22nd__ day of __August__, __2002__. A true and correct copy of the foregoing instrument was mailed postage prepaid via U.S. Mail to the following;

1) __Mr. Michael Milby, U.S. District Clerk__
   (Name & Tile)

   __600 East Harrison, Room 101__
   (Address)

   __Brownsville, Texas 78520__
   (City, State & Zip Code)

2) __Adams & Graham, Mr. Roger Hughes__
   (Name & Tile)

   __222 E. Van Buren, W. Tower, P.O. Box 1429__
   (Address)

   __Harlingen, Texas 78551__
   (City, State & Zip Code)

3) __Brin & Brin, Mr. William Gault__
   (Name & Tile)

   __1325 Palm Blvd., Suite A__
   (Address)

   __Brownsville, Texas 78520__
   (City, State & Zip Code)