IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM E. McCOY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-031 |
| | § | |
| CAMERON COUNTY SHERIFF'S | § | |
| DEPARTMENT, ET. AL, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Plaintiff's Complaint for damages pursuant to 42 U.S.C. § 1983 is hereby DISMISSED. Additionally, Plaintiff's recently filed Motion for Voluntary Dismissal Under Rule 41(a)(2) without Prejudice [Dkt. No. 20] is hereby DENIED. The U.S. District Clerk's Office is hereby ORDERED to close this case.

DONE at Brownsville, Texas, this 14th day of November, 2002.

Hilda G. Tagle
United States District Judge